Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Kyle P. Quackenbush (State Bar No.322401)
Anupama K. Reddy (State Bar No. 324873)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:   (415) 395-9940
Email: jsaveri@saverilawfirm.com
        swilliams@saverilawfirm.com
        kquackenbush@saverilawfirm.com
        areddy@saverilawfirm.com

*Attorneys for Individual and Representative Plaintiff Noor Baig, Inc.*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOOR BAIG, INC., Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALTRIA GROUP, INC., and JUUL LABS, INC.,<br><br>　　　　Defendants. | Case No. 3:20-cv-03867-WHO<br><br>**PROOF OF SERVICE** |

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Northern District of California

**Noor Baig, Inc.**

    Plaintiff(s),

VS.

**Altria Group, Inc. et al.**

    Defendant(s).

Attorney: Joseph R. Saveri

Joseph Saveri Law Firm, Inc.
601 California St., #1000
San Francisco CA 94108


*255383*

**Case Number: 3:20-cv-03867**

Legal documents received by Western Attorney Services on **06/16/2020** at **7:52 AM** to be served upon **Altria Group, Inc., by serving CT Corporation System at 4701 Cox Rd., #285, Glen Allen, VA 23060**

I, **James Anderson**, swear and affirm that on **June 16, 2020** at **2:00 PM**, I did the following:

Served **Altria Group, Inc., by serving CT Corporation System** by delivering a conformed copy of the **Summons in a Civil Case; Civil Cover Sheet; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Civil Standing Order Magistrate Judge Nathanael M. Cousins; Standing Order for All Judges of the Northern District of California-Contents of Joint Case Management Statement; Join Case Management Statement & [Proposed] Order; Notice of Electronic Filing; Consent for Declination to Magistrate Judge Jurisdiction** to Teresa Brown as Authorized Agent of Altria Group, Inc., by serving CT Corporation System at 4701 Cox Rd., #285 , Glen Allen, VA 23060.

**Description of Person Accepting Service:**
Sex: Female Age: 40's Height: 5ft0in-5ft4in Weight: Over 200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**James Anderson**
Process Server

**Western Attorney Services**
75 Columbia Sq.
San Francisco CA 94103
415-487-4140
jennifer@westernattorneyservices.com

Internal Job ID: **255383**



# Service Authorization
## CT Corporation System

CT Corporation System ("CT") is registered agent for service of process for numerous corporations and similar entities. CT receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of CT Corporation System and in receiving the process, do so only on CT's behalf and in CTs capacity as registered agent.

**PLEASE NOTE:** The Code of Virginia §§ 13.1-634 provides in part:
"Registered office and registered agent.
A....
B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

*<u>As such, neither CT Corporation System., nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on CT's clients.</u>*

The following natural persons are designated in the office of the registered agent upon whom any process, notice or demand may be served:

Katie Bush          Teresa Brown          Jessica Fitzgerald

This authorization does not certify the receipt or acceptance of any specific process

_____
Teresa Brown
Team Leader
CT Corporation System

State of Virginia
County of Henrico

This day personally appeared before me, Teresa Brown, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 30th day of April, 2018.

_____
Notary Public

[Notary Seal: LISA D. CHRISTIAN, NOTARY PUBLIC, MY COMMISSION NUMBER 7510276, COMMONWEALTH OF VIRGINIA]