Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Kyle P. Quackenbush (State Bar No.322401)
Anupama K. Reddy (State Bar No. 324873)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
kquackenbush@saverilawfirm.com
areddy@saverilawfirm.com

*Attorneys for Individual and Representative Plaintiff
Noor Baig, Inc.*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOOR BAIG, INC., Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ALTRIA GROUP, INC., and JUUL LABS, INC., <br><br> Defendants. | Case No. 3:20-cv-03867-WHO <br><br> **PROOF OF SERVICE** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-03867-NC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JUUL LABS, INC.
was received by me on *(date)* 06/16/2020.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Albert Dimonte, Registered Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* CT Corporation System, 818 W. 7th St., Ste. 930, Los Angeles, CA 90017 at 10:30 AM on *(date)* 06/16/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/16/2020

*Server's signature*

Gustavo Gonzalez, Reg. No. 6461, Los Angeles County
*Printed name and title*

c/o Western Attorney Services
75 Columbia Sq.
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHED FOR COMPLETE LIST OF DOCUMENTS SERVED

## ATTACHMENT TO PROOF OF SERVICE

Re: *Noor Baig, Inc., et al v. Altria Group, Inc., et al.*
USDC Northern District of CA, Case No.: 3:20-cv-03867-NC

**COMPLETE LIST OF DOCUMENTS SERVED:**

- SUMMONS IN A CIVIL ACTION
- ANTI TRUST CLASS ACTION COMPLAINT FOR (1) UNLAWFUL RESTRAINT OF TRADE, 15 U.S.C.§ 1; (2) UNLAWFUL MERGER AND ACQUISITION, 15 U.S.C. § 7; AND (3) INJUNCTIVE RELIEF, 15 U.S.C. § 26
- CIVIL COVER SHEET
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- CIVIL STANDING ORDER FOR MAGISTRATE JUDGE NATHANAEL M. COUSINS
- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – JOINT CASE MANAGEMENT STATEMENT
- CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION
- NOTICE OF ELECTRONIC FILING
- JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER